

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:23CR 00150 BSM |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | ) | 18 U.S.C. § 922(g)(1) |
| CHRISTOPHER MONROE | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about May 20, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MONROE,

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 2

On or about May 20, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MONROE,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 3

On or about May 20, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MONROE,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about May 20, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MONROE,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

A.   On or about May 20, 2023, the defendant,

CHRISTOPHER MONROE,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of a Controlled Substance with Intent to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2021-4574; and

2. Theft by Receiving in Pulaski County, Arkansas, Circuit Court in Case Number 60 CR 2022-3073.

B.   On or about May 20, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MONROE,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, Model Judge, .45/410 caliber revolver, bearing serial number CW925087, in violation of Title 18, United

States Code, Section 922(g)(1).

## COUNT 6

On or about May 20, 2023, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MONROE,

knowingly and intentionally possessed a firearm: that is: a Taurus, Model Judge, .45/410 caliber revolver, bearing serial number CW925087, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts 1, 2, 3, and 4 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1, 2, 3, 4, 5, or 6 of this Indictment, the defendant, CHRISTOPHER MONROE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Counts 1, 2, 3, or 4 of this Indictment, the defendant, CHRISTOPHER MONROE, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendant, CHRISTOPHER MONROE, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.