(Rev. 7/6/2021)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**Tammy H. Downs** (501) 604-5351
   **CLERK**

June 20, 2023

Mr. David R. Cannon
The Cannon Law Firm PLC
425 West Broadway, Suite A
North Little Rock, AR  72114

      Re:    Deficient Filing - DE #11 - Motion to Continue
              Case No. 4:23-CR-00150-DPM

Dear  Mr. Cannon:

    The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

- \_\_\_\_  Lacks an attorney's name, address, telephone number, Bar number or email address (General Order 53).

- \_\_\_\_  Lacks a signature block by an attorney of record (Local Rule 5.5(c)(1)).

- \_\_\_\_  Lacks a correct case number (Local Rule 5.5(a)).

- ✓  Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

- \_\_\_\_  Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

    Please email a corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov.  **Do not refile the document.**  The original document will remain on the docket, and the response time will run from the date of the original filing.

                                Sincerely,

                                Tammy H. Downs, CLERK


                                By\_\_Katelyn Cameron_____
                                    Deputy Clerk