Case 4:23-cr-00150-BSM   Document 6   Filed 06/09/23

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 23 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                    NO. 4:23-CR-00150 BSM

CHRISTOPHER MONROE
FID# 11561845   USMS# 63386-510

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY AT THE PULASKI COUNTY JAIL AND TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of CHRISTOPHER MONROE detained in the Pulaski County Jail, 3201 W Roosevelt Road, Little Rock, Arkansas, in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on June 15, 2023 at 2:00 p.m., before the Honorable J. Thomas Ray, and after the proceedings have been concluded, that you return CHRISTOPHER MONROE to the Pulaski County Jail under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 9 June 2023.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
TAMMY H. DOWNS, CLERK

By _____ D.C.

Same Day P/U + RT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT VIRGINIA

JUN 5 X 202?

TAMMY H. DOWNS ...

| |
|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME) _____ FROM Pulaski TO USMS ON THIS DATE 6·15·23 DEPUTY SIGNATURE AND DISTRICT: _____ [signature] EDVA |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME) _____ FROM USMS TO Pulaski ON THIS DATE 6·15·23 DEPUTY SIGNATURE AND DISTRICT: _____ [signature] EDVA |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME) _____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME) _____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME) _____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |