IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                       CASE NO. 4:23-CR-00150-BSM

CHRISTOPHER MONROE                                                    DEFENDANT

## ORDER

Christopher Monroe's motion to dismiss count six of the indictment [Doc. No. 20] is denied because 18 United States Code section 924(c)(1)(A) is constitutional. *United States v. Maiden*, No. 23-CR-107, 2023 WL 5353435, at *2 (D. Minn. July 20, 2023); *see United States v. Jackson*, 69 F.4th 495, 504 (8th Cir. 2023) (history supports the authority of Congress to prohibit possession of firearms under specific circumstances).

IT IS SO ORDERED this 20th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE